# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANE DOMINGUEZ as Guardian ad Litem for J.S., <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF KERN, et al., <br><br> Defendants. | Case No.: 1:14-cv-00419 LJO JLT <br><br> ORDER TO PLAINTIFF'S COUNSEL TO SHOW CAUSE WHY THE MATTER SHOULD NOT BE DISMISSED BASED UPON THE CHILD'S LACK OF CAPACITY TO SUE AND COUNSEL'S FAILURE TO COMPLY WITH L.R. 202 |

On March 24, 2014, Ms. Domiguez filed this litigation on behalf of J.S. and named herself as the child's guardian ad litem. (Doc. 1 at 2) However, Ms. Dominguez has failed to comply with applicable rules. Notably, Local Rule 202 provides,

> Upon commencement of an action . . . on behalf of a minor or incompetent person, the attorney representing the minor or incompetent person shall present (1) appropriate evidence of the appointment of a representative for the minor or incompetent person under state law or (2) a motion for the appointment of a guardian ad litem by the Court, or, (3) a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation of the minor or incompetent person. See Fed. R. Civ. P. 17(c).

Here, there has been no showing that Ms. Dominguez was named as the child's guardian ad litem in state court and she had not sought this appointment in this court. Moreover, she has failed to demonstrate that no such appointment is required by Fed. R. Civ. P. 17(c). At most, she provides a declaration indicating only that she is the child's parent (Doc. 3); this is insufficient. Therefore, the Court **ORDERS**:

1

1. Within 21 days of this order, counsel SHALL show cause in writing why the matter should not be dismissed without prejudice;

2. Alternatively counsel SHALL comply with Local Rule 202.

**Failure to comply with this order will result in a recommendation that the matter be dismissed without prejudice.**

IT IS SO ORDERED.

Dated: **May 5, 2014**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE