# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADRIANE DOMINGUEZ as Guardian ad Litem for J.S.**, <br><br> Plaintiffs, <br><br> v. <br><br> **COUNTY OF KERN**, *et al.*, <br><br> Defendants. | Case No. 1:14-cv-00419-LJO-JLT <br><br> **ORDER REFERRING PENDING MOTIONS TO DISMISS TO MAGISTRATE JUDGE JENNIFER L. THURSTON (DOCS. 11 & 12)** |

On March 24, 2014, Plaintiffs filed this lawsuit pursuant to 42 U.S.C. § 1983 and related statutory provisions. Doc. 1. On May 12, 2014, two sets of Defendants filed separate motions to dismiss. Docs. 11 & 12.

The Court has reviewed the pending motions, and due to the Court's impacted docket and priority of criminal cases over civil matters, the Court finds that the pending motions should be referred to Magistrate Judge Jennifer L. Thurston for entry of Findings and Recommendations pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72.

Out of fairness, the Court believes it is necessary to forewarn litigants that the Fresno Division of the Eastern District of California now has the heaviest District Judge caseload in the entire nation. While the Court will use its best efforts to resolve this case and all other civil cases in a timely manner, the parties are admonished that not all of the parties' needs and expectations may be met as expeditiously as desired. As multiple trials are now being set to begin upon the same date, parties may find their case trailing with little notice before the trial begins. The law requires the Court give any criminal case priority over civil trials and other matters, and the Court must proceed with criminal trials even if a civil

trial is older or was set earlier. Continuances of civil trials under these circumstances will no longer be entertained, absent a specific and stated finding of good cause. If multiple trials are scheduled to begin on the same day, this civil trial will trail day-to-day or week-to-week until completion of any criminal case or older civil case.

The parties are reminded of the availability of a United States Magistrate Judge to conduct all proceedings in this action. A United States Magistrate Judge is available to conduct trials, including entry of final judgment, pursuant to 28 U.S.C. § 28 U.S.C. 636(c), Federal Rule of Civil Procedure 73, and Local Rule 305. Magistrate Judge consent forms are available on this Court's website.[1] Within ten days of this order's date of service, the parties shall either consent to or decline Magistrate Judge jurisdiction by filling out the requisite forms and filing them with the Court.

The parties are advised that the same jury pool is used by both United States Magistrate Judges and United States Article III District Court Judges. Any appeal from a judgment entered by a United States Magistrate Judge is taken directly to the United States Court of Appeal for the Ninth Circuit. Finally, for the parties' information, the Fresno Division, whenever possible, is utilizing United States Article III District Court Judges from throughout the country as Visiting Judges. Pursuant to the Local Rules, Appendix A, such reassignments will be random, and the parties will receive no advance notice before their case is reassigned to an Article III District Court Judge from outside of the Eastern District of California.

The parties are advised that they are free to withhold consent or decline magistrate jurisdiction without adverse substantive consequences.

Accordingly, it is HEREBY ORDERED that:

1. The pending motions to dismiss are **REFERRED** to Magistrate Judge Jennifer L. Thurston;

2. The hearing scheduled for June 10, 2014 at 8:30 a.m. in Courtroom 4 (LJO) before

---

[1] http://www.caed.uscourts.gov/caednew/index.cfm/judges/consent-to-proceed-before-a-magistrate-judge/

District Judge Lawrence J. O'Neill is **VACATED**;

3. The parties are hereby informed that Magistrate Judge Jennifer L. Thurston's Chambers may set a new hearing date at the Court's convenience;

4. Notwithstanding any new hearing date, the briefing schedules shall remain set according to the existing schedules, based upon the vacated June 10, 2014 hearing date; and

5. Within ten days of this order's date of service, Defendants shall either consent to or decline Magistrate Judge jurisdiction by filling out the requisite forms and filing them with the Court.

**SO ORDERED**
**Dated: May 13, 2014**

   **/s/ Lawrence J. O'Neill**
   **United States District Judge**